|    |    |
|---|---|
| 1  | RACHEL E. KAUFMAN (Cal. Bar No. 259353) |
| 2  | KAUFMAN P.A. |
|    | 400 NW 26th Street |
| 3  | Miami, FL 33127 |
| 4  | Telephone: (305) 469-5881 |
|    | rachel@kaufmanpa.com |
| 5  |    |
| 6  | *Counsel for Plaintiff and the putative Class* |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ELI REISMAN, individually and on behalf of all others similarly situated, | Case No. |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| HOMEASSURE, INC. and A-LIST MARKETING SOLUTIONS INC. d/b/a PALISADE PROTECTION GROUP, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff Eli Reisman, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiff Eli Reisman

- Members of the putative Class

- Defendant Homeassure, Inc. and any entities or persons interested

1

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
*Reisman, et al. v. Homeassure, Inc., et al.*

therein

- Defendant A-List Marketing Solutions Inc. d/b/a Palisade Protection Group and any entities or persons interested therein

- Counsel for the parties

Respectfully Submitted,

Dated: October 28, 2021

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*