NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER:

8:21-cv-01787

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant A-List Marketing Solutions, Inc. dba Palisade Protection Group  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Eli Reisman | Plaintiff |
| A-List Marketing Solutions, Inc. dba Palisade Protection Group | Defendant |
| Homeassurance, Inc. | Defendant |

12/07/2021
Date

/s/ Georgiana A. Nikias
Signature

Attorney of record for (or name of party appearing in pro per):

A-List Marketing Solutions, Inc. dba Palisade Protection Group