Lindsay A. Enriquez (SBN 326228)
lindsay.enriquez@hklaw.com
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel:   (213) 896-2400
Fax:   (213) 896-2450

*Attorneys for Defendant*
*HOMEASSURE, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI REISMAN, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEASSURE, INC. and A-LIST MARKETING SOLUTIONS INC. d/b/a PALISADE PROTECTION GROUP,<br><br>Defendant. | Case No. 8:21-cv-01787-MWF-KES<br><br>**STIPULATION TO EXTEND TIME FOR HOMEASSURE, INC. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   November 4, 2021<br>Current Deadline:    November 23, 2021<br>New Deadline:         December 23, 2021<br><br>Hon. Michael W. Fitzgerald<br>Mag. Judge Hon. Karen E. Scott |

**STIPULATION TO EXTEND TIME FOR HOMEASSURE, INC. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

This Stipulation to Extend Deadline to Respond to Initial Complaint to **December 23, 2021** is made by and between Plaintiff Eli Reisman ("Plaintiff") and Defendant Homeassure, Inc. ("Homeassure") (collectively, the "Parties") in light of the following facts:

## RECITALS

1. On October 28, 2021, Plaintiff initiated this matter by filing the Complaint (ECF No. 1);

2. On November 2, 2021, Plaintiff served the Complaint on Homeassure (ECF No. 10);

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Homeassure had through and including November 23, 2021 to respond to the Complaint;

4. Homeassure recently retained undersigned counsel for representation in this matter;

5. Homeassure needs additional time to prepare a proper response;

6. The Parties have therefore agreed to extend Homeassure's time within which to answer or otherwise respond to the Complaint to and including December 23, 2021;

7. This is Homeassure's first extension of time to respond; and

8. This extension will not alter the date of any event or any deadline already fixed by Court order, and pursuant to Central District of California Local Rule 8-3, does not extend the time to respond to the initial complaint for more than thirty cumulative days from the date the response initially would have been due;

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Homeassure and Plaintiff, through their respective counsel of record, that

1

**STIPULATION TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

Homeassure shall have an extension of time within which to answer or otherwise respond to the Complaint, with such extension to run through and including **December 23, 2021.**

Dated: December 15, 2021       **KAUFMAN PA**

By: /s/ Rachel Kaufman
Rachel Kaufman
*Attorneys for Plaintiff*
ELI REISMAN

Dated: December 15, 2021       **HOLLAND & KNIGHT LLP**

By: /s/ Lindsay A. Enriquez[1]
Lindsay A. Enriquez
*Attorneys for Defendant*
HOMEASSURE, INC

---

[1] In accordance with L.R. 5-4.3.4, I, Lindsay A. Enriquez, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

2
**STIPULATION TO EXTEND TIME FOR HOMEASSURE, INC. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450