Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI REISMAN, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEASSURE, INC. and A-LIST MARKETING SOLUTIONS INC. d/b/a PALISADE PROTECTION GROUP,<br><br>Defendant. | Case No. 8:21-cv-01787-MWF-KES<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR HOMEASSURE INC. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. Michael W. Fitzgerald<br>Mag. Judge Hon. Karen E. Scott |

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Upon review of Plaintiff Eli Reisman and Defendant Homeassure, Inc.'s ("Homeassure") Stipulation to Extend Time for Homeassure to respond to Complaint until December 23, 2021, and for good cause shown:

Defendant Homeassure, Inc. shall have until and including **Thursday, December 23, 2021** to serve and file a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: _____     _____

The Hon. Michael W. Fitzgerald
*United States District Court Judge*