1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                        **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ELI REISMAN, individual and on behalf of all others similarly situated, | Case No. SACV 21-1787-MWF (KESx) |
| Plaintiff, | **ORDER TO EXTEND TIME FOR HOMEASSURE INC. TO RESPOND TO COMPLAINT** |
| vs. | Hon. Michael W. Fitzgerald |
| HOMEASSURE, INC. and A-LIST MARKETING SOLUTIONS INC. d/b/a PALISADE PROTECTION GROUP, | Mag. Judge Hon. Karen E. Scott |
| Defendant. | |

        Upon review of Plaintiff Eli Reisman and Defendant Homeassure, Inc.'s

("Homeassure") Stipulation to Extend Time for Homeassure to respond to Complaint

until December 23, 2021, and for good cause shown:

        Defendant Homeassure, Inc. shall have until and including **Thursday,**

**December 23, 2021** to serve and file a responsive pleading to Plaintiff's Complaint.

        IT IS SO ORDERED.

Dated:  December 16, 2021        _____

                                MICHAEL W. FITZGERALD
                                *United States District Court Judge*

                        **ORDER**