JUDGE MICHAEL W. FITZGERALD
SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | Case No. 8:21-cv-01787-MWF-KES |
|---|---|
| Case Name | *Reisman v. Homeassure, Inc., et al.* |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [ X ] Jury Trial  *or*  [  ] Court Trial **(Tuesday at 8:30 a.m.)**  Duration Estimate: __3-5__ Days | September 19, 2023 | September 19, 2023 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)**  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | August 28, 2023 | August 28, 2023 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | May 15, 2022 | May 15, 2022 | |
| Non Expert Discovery Cut Off (at least 4 weeks before last date to hear motions) | 18 | December 16, 2022 | December 16, 2022 | |
| Expert Disclosure (Initial) | | October 17, 2022 | October 17, 2022 | |
| Expert Disclosure (Rebuttal) | | November 14, 2022 | November 14, 2022 | |
| Expert Discovery Cut Off | 14 * | December 16, 2022 | December 16, 2022 | |
| Last Date to *Hear* Motions (**Monday at 10:00 a.m.**) | 14 | June 12, 2023 | June 12, 2023 | |
| Last Date to Conduct Settlement Conference | 12 | June 27, 2023 | June 27, 2023 | |
| For Jury Trial<br>♦ File Memorandum of Contentions of Fact and Law, LR 16 4<br>♦ File Exhibit and Witness Lists, LR 16 5.6<br>♦ File Status Report Regarding Settlement<br>♦ File Motions *In Limine* | 6 | August 7, 2023 | August 7, 2023 | |
| For Jury Trial<br>♦ Lodge Pretrial Conference Order, LR 16 7<br>♦ File Agreed Set of Jury Instructions and Verdict Forms<br>♦ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>♦ File Oppositions to Motions *In LImine* | 5 | July 31, 2023 | July 31, 2023 | |
| For Court Trial<br>♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16 15] Selection:

☐ Attorney Settlement Officer Panel      ☒ Private Mediation      ☐ Magistrate Judge (with Court approval)

**EXHIBIT A**