NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

HOLLAND & KNIGHT LLP
Lindsay A. Enriquez (SBN 326228)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2456
Email: lindsay.enriquez@hklaw.com

ATTORNEY(S) FOR: Defendant Homeassure, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ELI REISMAN | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:21-cv-01787-MWF-KES |
| v. | |
| HOMEASSURE, INC. and A-LIST MARKETING SOLUTIONS INC. d/b/a PALISADE PROTECTION GROUP | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant, Homeassure, Inc.___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Homeassure, Inc. | Defendant |
| A-List Marketing Solutions Inc. d/b/a Palisade Protection Group | Defendant |
| Eli Reisman | Plaintiff |

| | |
|---|---|
| January 6, 2022 | /s/ Lindsay A. Enriquez |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Homeassure, Inc.