JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eli Reisman, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Homeassure, Inc., et al.,<br><br>Defendants. | Case No. 8:21-cv-01787-MWF-KES<br><br>**ORDER**<br><br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

IT IS SO OREDERED.

Dated: August 23, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1

PROPOSED ORDER
Case No. 8:21-cv-01787-MWF-KES